Thomas Houlahan,
Defendant, *pro se.*
4602 43rd Street, NW #1
Washington, D.C. 20016
Telephone (202) 362-5918

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| World Wide Association of Specialty Programs and Schools,<br>            Plaintiff,<br>vs<br><br>Thomas G. Houlahan,<br>            Defendant. | **Defendant's Motion to Dispense with Oral Argument**<br><br>Civil No. 2:04CV00107<br><br>Judge Dale A. Kimball |

    This motion is brought in accordance with DUCivR 7-1(f). Defendant asks that the Court refrain from requiring oral argument in the matters pertaining to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.

    1. For the reasons stated in the attached Memorandum in support hereof, the issue before the Court is a matter of law and all necessary information pertaining to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue is before the Court.

    2. WHEREFORE the Defendant respectfully requests that this Honorable Court will rule on the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue in accordance with DUCivR 7-1(f) without requiring oral argument.

10

Respectfully submitted by

*[signature]*

Thomas Houlahan,
Defendant, *Pro se.*

Certificate of Service:

I certify that I have served
This Motion, on Plaintiff's Counsel
this  12th  day of June, 2004
by First Class U.S. Mail, postage prepaid,
Addressed to:
 Silvester & Conroy, L.C.
230 South 500 East, Suite 590
Salt Lake City, Utah  84102

*[signature]*

Thomas Houlahan
Defendant, *Pro se.*

2