Thomas Houlahan,
Defendant, *pro se*.
4602 43rd Street, NW #1
Washington, D.C. 20016
Telephone (202) 362-5918



## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| World Wide Association of Specialty Programs and Schools,<br>           Plaintiff,<br>vs<br><br>Thomas G. Houlahan,<br>           Defendant. | **Defendant's Memorandum in Support of Motion to Dispense with Oral Argument**<br><br>Civil No. 2:04CV00107<br><br>Judge Dale A. Kimball |

      This motion is brought in accordance with DUCivR 7-1(f). Defendant asks that the Court dispense with oral argument in the matters pertaining to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.

      1. As indicated by the authorities cited in support of his Motion to Dismiss, Plaintiff bears the burden of pleading and production on the issue before the Court.

      2. Plaintiff has neither submitted affidavits nor presented other evidentiary material, therefore the issue before the Court is a question of law based on the pleadings and Defendant's affidavits. These issues have been fully briefed by both parties.

1



3. The Defendant is a natural person with a very modest income who lives and works in Washington, DC. A round-trip to Salt Lake City is 3,700 miles and will take two days of travel time at substantial expense.

4. WHEREFORE, the Defendant respectfully requests that this Honorable Court will rule upon the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue in accordance with DUCivR 7-1(f), without requiring oral arguments.

Respectfully submitted by

Thomas Houlahan,
Defendant, *Pro se.*

Certificate of Service:

I certify that I have served
This Memoradum
on Plaintiff's Counsel this 12 th day of June, 2004
by First Class U.S. Mail, postage prepaid,
Addressed to:
 Silvester & Conroy, L.C.
230 South 500 East, Suite 590
Salt Lake City, Utah  84102

Thomas Houlahan
Defendant, *Pro se.*